JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEAF FUNDING, INC., a Delaware Corporation, | NO. CV 07-07013 SS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| UNISEN, INC., a California Corporation, | |
| Defendant. | |

On September 22, 2009, the parties appeared before the Court to proceed with the damages portion of the trial in the above-referenced matter. The parties, however, informed the Court that they had reached a settlement regarding damages.

\\

\\

\\

\\

\\

\\

\\

Pursuant to the settlement agreement reached by the parties, the Court enters Judgment in favor of Plaintiff and against Defendant on all claims. The Court hereby enters Judgment in the principal sum of $1,226,275.00, plus costs pursuant to the Cost Bill filed herein, together with pre-judgment interest from October 26, 2007 at the rate of 0.40% per annum, for a total judgment of $1,235,668.60.

DATED: 9/24/09

/S/

_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE